SEALED
BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY - 3 2000

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

DAE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR00.00183 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. §§ 841(a)(1), |
| | ) | 843(b), 846; 8 U.S.C. § |
| JOAQUIN AGUILAR,        (01), | ) | 1326; 18 U.S.C. § 2] |
| aka "Negro," | ) | |
| aka "Cacharpas," | ) | |
| BRIAN PASCHOAL,         (02), | ) | |
| PEDRO JIMINEZ,          (03), | ) | |
| FERNANDO RIOS,          (04), | ) | |
| LAURIE HORSWILL-SMITH,  (05), | ) | |
| aka "Mola," | ) | |
| PUALANI HORSWILL,       (06), | ) | |
| aka "Pua," | ) | |
| WENDY BETTIS,           (07), | ) | |
| ANTONIO PEREZ,          (08), | ) | |
| aka "Tony," | ) | |
| ISMAEL ROCHA-MANZANAREZ, (09), | ) | |
| aka "Ivan Leyva-Mansares," | ) | |
| aka "Mayelo," | ) | |
| FERMIN RIVERA,          (10), | ) | |
| ROSIE LNU,              (11), | ) | |
| RAUL LNU,               (12), | ) | |
| HIPOLITO LNU,           (13), | ) | |
| aka "Poli," | ) | |
| ALVARO LNU,             (14), | ) | |
| aka "Guero," | ) | |

```
CARLOS GUERRERO,            (15),)
      aka "Pepechin,"            )
CASEY SMYTHE,              (16),)
      aka "K.C.,"                )
                                 )
                Defendants.      )
_____)
```

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least on or about May 1, 1999 to on or about May 3, 2000, in the District of Hawaii and elsewhere, the defendants JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," BRIAN PASCHOAL, PEDRO JIMINEZ, FERNANDO RIOS, LAURIE HORSWILL-SMITH, aka "Mola," PUALANI HORSWILL, aka "Pua," WENDY BETTIS, ANTONIO PEREZ, aka "Tony," ISMAEL ROCHA-MANZANAREZ, aka "Ivan Leyva-Mansares," aka "Mayelo," FERMIN RIVERA, ROSIE LNU, RAUL LNU, HIPOLITO LNU, aka "Poli," ALVARO LNU, aka "Guero," CARLOS GUERRERO, aka "Pepechin," CASEY SMYTHE, aka "K.C.," did conspire together with each other and with Felipe Ruiz-Castro, Francisco Mora-Garcia, Javier LNU, Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Luis Vasquez, Randall Ramelb, aka "Randy," Martin Arreaga, aka "El Burro," aka "Manny," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Basilia Salamanca, Jesus Martin Reyes Mojardin, aka "The Man," Don Alberto, aka "Don Roberto," Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Sabino Albarran, aka "Pelon," Antonio

Mora-Garcia, aka "Tono," Pablo Romero, aka "Pablo Gilberto
Romero-Flores," aka "Sonny," Adrian Barahona, aka "Cuevas," aka
"Covachas," Thomas Marino, Sr., Ana Marino, Tomas Marino, Jr.,
Mona Hiiaca Huihui aka "Jiaca," Karla Kahau, Miguel Gaytan Perez,
aka "Pato," Juan Hernandez, aka "Juan Luis," aka "Piolas," Isidro
Lnu, aka "Michael Reyes," Victor Navarez, Gustavo Sanchez, Tracy
Garcia Sanchez, Brian Joshua Jones, aka "El Tigre," Leroy
Mollena, Arturo Flores, aka "El Bomba," Enrique Reyes, aka
"Toribio," Guillermo Alvarez, aka "Willie," Leopoldo Castro-
Lopez, aka "Polo," Salvador Castillo, aka "Chava," Holmar
Hernandez, aka "Omar," Armando Montano Rodriguez, aka "Camote,"
aka "Teco," Robert Mahoney, Sergio LNU, aka "Carlos," Eduardo
Velasco, aka "Carlos Perez-Garcia," not defendants herein, and
with other persons unknown to the Grand Jury, to commit offenses
against the United States, that is, to knowingly and
intentionally distribute and possess with intent to distribute
cocaine, a Schedule II controlled substance, to distribute and
possess with intent to distribute heroin, a Schedule I controlled
substance, to distribute and possess with intent to distribute
crystal methamphetamine - "ice," a Schedule II controlled
substance, and to distribute and possess with intent to
distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code,
Section 841(a)(1).

Ways and Means of Accomplishing the Conspiracy

1)   The Ruiz-Mora drug distribution organization
consisted of a group of individuals who obtained cocaine, heroin,
crystal methamphetamine - "ice," and marijuana from the West
Coast of the U.S. mainland, from Mexico and from Hawaii for
distribution in Hawaii, and who distributed cocaine, heroin,
crystal methamphetamine - "ice," and marijuana in Hawaii.

2)   Jesus Martin Reyes Mojardin, aka "The Man," Don
Alberto, aka "Don Roberto," Francisco Servin-Soto, aka "Pancho,"
Jessica Guzman-Soto, Jorge Casas, aka "Jorge Cano," aka "George,"
Leah Cardenas, Fermin Pena and FERMIN RIVERA supplied cocaine and
heroin to the co-conspirators named in this Indictment.

3)   Jorge Casas, aka "Jorge Cano," aka "George," Jose
Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, and
Leopoldo Castro-Lopez, aka "Polo," supplied crystal
methamphetamine - "ice" to the co-conspirators named in the
indictment.

a)   Brian Paschoal and Victor Navarez supplied
marijuana to the co-conspirators named in the indictment.

4)   Various co-conspirators, acting as drug couriers,
traveled between Hawaii and the West Coast of the United States
and Mexico (a) to obtain and deliver cocaine and heroin supplied
by Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto,
Jesus Martin Reyes Mojardin, aka "The Man," Don Alberto, aka "Don

4

Roberto," Jorge Casas, aka "Jorge Cano," aka "George," Leah
Cardenas, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki,"
Fermin Pena, FERMIN RIVERA, and others to the Ruiz-Mora drug
distribution organization, and (b) to deliver United States
currency to Francisco Servin-Soto, aka "Pancho," Jessica Guzman-
Soto, Jesus Martin Reyes Mojardin, aka "The Man," Don Alberto,
aka "Don Roberto," Jorge Casas, aka "Jorge Cano," aka "George,"
Leah Cardenas, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki,"
Fermin Pena, FERMIN RIVERA and others in payment for the cocaine
and marijuana.

     5)    Mona Hiiaca Huihui, aka "Jiaca," Karla Kahau, and
Adrian Barahona, aka "Cuevas," aka "Covachas," traveled from
Hawaii to the West Coast of the United States and Mexico for the
purpose of obtaining cocaine and heroin for distribution in
Hawaii.

     6)    Brian Joshua Jones, aka "El Tigre," and Eduardo
Velasco, aka "Carlos Perez-Garcia," traveled from the West Coast
of the United States to Hawaii to supply the Ruiz-Mora
organization with cocaine, heroin, and crystal methamphetamine -
"ice."

     7)    Co-conspirators Marcia Solano and Miriam Espinosa
traveled from the West Coast of the United States to Hawaii for
the purpose of delivering cocaine to Hawaii and carrying U.S.
currency back to the West Coast of the United States.

8)   In this way, Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jesus Martin Reyes Mojardin, aka "The Man," Don Alberto, aka "Don Roberto," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Fermin Pena, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," and FERMIN RIVERA during the existence of the conspiracy, supplied and attempted to supply the Ruiz-Mora drug distribution organization with kilogram quantities of cocaine, ounces of heroin and pound quantities of crystal methamphetamine - "ice," for distribution in Hawaii.

9)   Once cocaine, heroin, crystal methamphetamine - "ice," and marijuana, supplied by Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, FERMIN RIVERA and Fermin Pena, arrived in Hawaii, various members of the Ruiz-Mora drug distribution organization repackaged the quantities of cocaine, heroin, crystal methamphetamine - "ice," and marijuana into smaller quantities for distribution and distributed quantities of that cocaine, heroin, crystal methamphetamine - "ice," and marijuana in Hawaii to purchasers, usually in ounce and gram quantities.

10)   Felipe Ruiz-Castro and Francisco Mora-Garcia used La Fogata Mexican Restaurant in Lahaina to store cocaine, heroin, crystal methamphetamine - "ice," and marijuana.

11)   The co-conspirators distributed cocaine, heroin, crystal methamphetamine - "ice," and marijuana on Maui, Oahu, Kauai and the Island of Hawaii for cash.

12)   The co-conspirators concealed the income and assets derived from the sale of controlled substances through the use of wire transfers of U.S. currency.

13)   The co-conspirators used long distance telephone calls, telephone pagers and cellular telephones to arrange for the distribution of cocaine, heroin, crystal methamphetamine - "ice," and marijuana.

<u>Overt Acts</u>

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to the following:

1.   On or about May 19, 1999, Javier LNU distributed a quantity of heroin in Lahaina, Maui for $2,800.

2.   On or about August 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $1,000.

3.   On or about November 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $3,000.

4.    On or about December 10, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Marcia Solano and discussed a trip to Hawaii.

5.    On or about December 13, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Basilia Salamanca and discussed the transportation of a quantity of cocaine from California to Hawaii by two women couriers.

6.    On or about December 14, 1999, Francisco Servin-Soto, aka "Pancho," made a long distance telephone call from Pomona, California to Felipe Ruiz-Castro in Lahaina, Maui, Hawaii and discussed the purchase of airline tickets.

7.    On or about December 14, 1999, Jessica Guzman-Soto called Marcia Solano, not a defendant herein, and discussed carrying a quantity of cocaine from California to Hawaii.

8.    On or about December 15, 1999, Francisco Servin-Soto, aka "Pancho," drove Marcia Solano and Miriam Espinosa, not defendants herein, to Los Angeles International Airport.

9.    On or about December 15, 1999, Marcia Solano and Miriam Espinosa, not defendants herein, transported approximately two pounds of cocaine on board a United Airlines flight to Kahului, Maui.

10.  On or about December 16, 1999, Basilia Salamanca telephoned Francisco Servin-Soto, aka "Pancho," and discussed the arrest of Marcia Solano and Miriam Espinosa by the police on Maui, Hawaii.

11.  On or about December 22, 1999, Felipe Ruiz-Castro telephoned Francisco Servin-Soto, aka "Pancho," and discussed the arrest of Marcia Solano by the police in Maui, Hawaii.

12.  On or about December 27, 1999, Don Alberto, aka "Don Roberto," telephoned Francisco Servin-Soto, aka "Pancho," and discussed the arrest of Marcia Solano and Miriam Espinosa in Hawaii and the payment of monies owed for the cocaine provided to Francisco Servin-Soto and transported to Maui, Hawaii by Marcia Solano and Miriam Espinosa.

13.  On or about December 29, 1999, Don Alberto, aka "Don Roberto," telephoned Francisco Servin-Soto, aka "Pancho," and discussed taking precautions to avoid apprehension by the police.

14.  On or about January 9, 2000, Don Alberto, aka "Don Roberto," telephoned Francisco Servin-Soto, aka "Pancho," and discussed the payment of monies owed for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

15.  On or about January 13, 2000, Jesus Martin Reyes Mojardin, aka "The Man," telephoned Francisco Servin-Soto,

aka "Pancho," and discussed the payment of monies owed by

Francisco Servin-Soto, aka "Pancho," for the cocaine transported

to Maui, Hawaii by Solano and Espinosa.

16.  On or about January 18, 2000, Jesus Martin

Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and

discussed the payment of monies owed by Francisco Servin-Soto,

aka "Pancho," for the cocaine transported to Maui, Hawaii by

Solano and Espinosa.

17.  On or about January 19, 2000, Jesus Martin

Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and

discussed the payment of monies owed by Francisco Servin-Soto,

aka "Pancho," for the cocaine transported to Maui, Hawaii by

Solano and Espinosa.

18.  On or about January 25, 2000, Jesus Martin

Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and

discussed the payment of monies owed by Francisco Servin-Soto,

aka "Pancho," for the cocaine transported to Maui, Hawaii by

Solano and Espinosa.

19.  On or about January 25, 2000, Francisco

Servin-Soto, aka "Pancho," telephoned Jessica Guzman-Soto and

discussed the payment of monies to Jesus Martin Reyes Mojardin,

aka "The Man," for the cocaine transported to Maui, Hawaii.

20. On or about February 9, 2000, ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," arranged a wire transfer of $2,000 to Mexico.

21. On or about February 10, 2000, Jorge Casas, aka "Jorge Cano," aka "George," telephoned Felipe Ruiz-Castro and discussed the transfer of a sum of money from Hawaii to California.

22. On or about February 10, 2000, Felipe Ruiz-Castro instructed Sabino Albarran, aka "Pelon," to tell Adrian Barahona, aka "Cuevas," aka "Covachas," to prepare to travel to California.

23. On or about February 10, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," traveled to California carrying a large quantity of cash.

24. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Jorge Casas, aka "Jorge Cano," aka "George," and discussed the transport of a sum of money to California by an associate.

25. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Thomas Marino, Sr. and discussed the sale of a quantity of drugs.

26. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Ana Marino and discussed the sale of a quantity of drugs.

11

27. On or about February 11, 2000, Francisco Mora-Garcia telephoned Felipe Ruiz-Castro and discussed the transfer of a sum of money to California.

28. On or about February 14, 2000, Brian Joshua Jones, aka "El Tigre," traveled to Maui.

29. On or about February 15, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

30. On or about February 24, 2000, Armando Montano Rodriguez, aka "Camote," aka "Teco," called Felipe Ruiz-Castro on the telephone.

31. On or about February 24, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

32. On or about February 24, 2000, Sabino Albarran, aka "Pelon," distributed approximately eight ounces of cocaine.

33. On or about February 28, 2000, PEDRO JIMINEZ and FERNANDO RIOS transported approximately one ounce of crystal methamphetamine - "ice," and $25,000 in U.S. currency to Phoenix, Arizona.

35. On or about February 29, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," transported approximately

50 grams of crystal methamphetamine - "ice," to Kona, Hawaii from Maui.

36.  On or about March 22, 2000, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau traveled to Las Vegas, Nevada to obtain a quantity of crystal methamphetamine - "ice."

37.  On or about March 30, 2000, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau carried approximately two pounds of crystal methamphetamine - "ice," through the Las Vegas, Nevada airport.

38.  On or about April 16, 2000, Brian Joshua Jones, aka "El Tigre," transported approximately six kilograms of cocaine from California to Honolulu, Hawaii.

39.  On or about April 27, 2000, Eduardo Velasco, aka "Carlos Perez-Garcia," transported approximately 140 grams of crystal methamphetamine - "ice," from California to Kahului, Maui.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about February 12, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," used and caused to be used a communications facility, that is, a telephone, in causing or

facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 3</u>

The Grand Jury further charges that:

On or about February 12, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," knowingly and intentionally possessed with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 4</u>

The Grand Jury further charges that:

On or about February 15, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant LAURIE HORSWILL-SMITH, aka "Mola," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

The Grand Jury further charges that:

On or about February 15, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant WENDY BETTIS used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 6

The Grand Jury further charges that:

On or about February 15, 2000, in the District of Hawaii, Felipe Ruiz-Castro and ANTONIO PEREZ, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

15

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 7

The Grand Jury further charges that:

On or about February 16, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 8

The Grand Jury further charges that:

On or about February 16, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," knowingly and intentionally possessed with intent to distribute a quantity of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 9

The Grand Jury further charges that:

On or about February 16, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant CASEY SMYTHE, aka "K.C.," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 10

The Grand Jury further charges that:

On or about February 17, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant HIPOLITO LNU, aka "Poli," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 11

The Grand Jury further charges that:

On or about February 17, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant FERMIN RIVERA, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of marijuana, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 12

The Grand Jury further charges that:

On or about February 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ISMAEL ROCHA-MANZANAREZ, aka "Ivan Leyva-Mansares," aka "Mayelo," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

18

COUNT 13

The Grand Jury further charges that:

On or about February 20, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka "Negro," aka "Cacharpas," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 14

The Grand Jury further charges that:

On or about February 24, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ANTONIO PEREZ, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 15

The Grand Jury further charges that:

On or about February 28, 2000, in the District of
Hawaii, Felipe Ruiz-Castro and defendant JOAQUIN AGUILAR, aka
"Negro," aka "Cacharpas," used and caused to be used a
communications facility, that is, a telephone, in causing or
facilitating the commission of a distribution of a quantity of
cocaine, a Schedule II controlled substance, a felony under Title
21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 16

The Grand Jury further charges that:

On or about February 28, 2000, in the District of
Hawaii and elsewhere, defendants PEDRO JIMINEZ and FERNANDO RIOS
did knowingly and intentionally aid and abet each other in the
possession with intent to distribute a quantity of crystal
methamphetamine - "ice," in excess of 50 grams, to wit,
approximately 58 grams of crystal methamphetamine - "ice," a
Schedule II controlled substance.

All in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 17</u>

The Grand Jury further charges that:

On or about February 28, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant CASEY SMYTHE, aka "K.C.," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 18</u>

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, defendant ISMAEL ROCHA-MANZANAREZ, aka "Ivan Leyva-Mansares," aka "Mayelo," who had previously been denied admission, excluded, deported and removed was found in the United States having unlawfully reentered the United States without the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

COUNT 19

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, defendant ISMAEL ROCHA-MANZANAREZ, aka "Ivan Leyva-Mansares," aka "Mayelo," knowingly and intentionally possessed with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 20

The Grand Jury further charges that:

On or about March 23, 2000, in the District of Hawaii, defendant CASEY SMYTHE, aka "K.C.," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 21</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendant FERMIN RIVERA and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 22</u>

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant FERMIN RIVERA, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 23

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, defendant FERMIN RIVERA and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 24

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, defendant FERMIN RIVERA and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 25

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, defendant FERMIN RIVERA and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 26

The Grand Jury further charges that:

On or about April 14, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant CARLOS GUERRERO, aka "Pepechin," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

25

COUNT 27

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii,
Felipe Ruiz-Castro and defendant PUALANI HORSWILL, aka "Pua,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute
cocaine and crystal methamphetamine - "ice," Schedule II
controlled substances, and heroin, a Schedule I controlled
substance, a felony under Title 21, United States Code, Section
846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 28

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii,
Felipe Ruiz-Castro and defendant ALVARO LNU, aka "Guero," used
and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute a quantity of cocaine, a Schedule II
controlled substance, and heroin, a Schedule I controlled
substance, a felony under Title 21, United States Code, Section
846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 29

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant ANTONIO PEREZ, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 30

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant CARLOS GUERRERO, aka "Pepechin," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 31

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, Felipe Ruiz-Castro and ANTONIO PEREZ, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 32

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant ROSIE LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 33</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant BRIAN PASCHOAL used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 34</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant PUALANI HORSWILL, aka "Pua," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 35</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant RAUL LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 36</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant FERMIN RIVERA used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

30

COUNT 37

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, defendant CASEY SMYTHE, aka "K.C.," and Francisco Mora-Garcia, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 38

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, defendant PUALANI HORSWILL, aka "Pua," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

31

<u>COUNT 39</u>

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, defendant CASEY SMYTHE, aka "K.C." and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 40</u>

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, defendant ALVARO LNU, aka "Guero," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 41</u>

The Grand Jury further charges that:

On or about April 29, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant BRIAN PASCHOAL used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of marijuana, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

DATED: _____May 3, 2000_____ at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Joaquin Aguilar, et al.</u>
"Indictment"
Cr. No. _____

33