# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



**WESTERN DIVISION**
312 N. SPRING ST., RM. G-8
LOS ANGELES, CA 90012
(213) 894-3535
FAX (213) 894-6860

**SOUTHERN DIVISION**
Ronald Reagan Federal Bldg. and
United States Courthouse
411 W. Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Rm. 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
**CLERK OF COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2007
at 4 o'clock and 90 min P M
SUE BEITIA, CLERK

CR 00-00183 WSR BMK (4)

DATE: January 10, 2007

TO: CLERK, U. S. DISTRICT COURT

District of **Hawaii** @ **Honolulu**

Dear Sir/Madam:

RE: Transfer to U.S. Magistrate Judge

Case No. **ED07-00005 M**

U.S.A. v. **Fernando Rios**

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ■ Certified copy of entire case file & (Financial Affidavit-Not for Public View)
- ■ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
- ☐ Original bond to be forwarded by the Fiscal Section
- ■ Certified copy of final commitment
- ☐ Original Passport (2)
- ☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

CLERK, U. S. DISTRICT COURT

By _____**Adriene Morris**_____
Deputy Clerk

cc: U.S. Attorney (this district)
U.S. Attorney (receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

CLERK, U. S. DISTRICT COURT

Dated: _____

By_____
Deputy Clerk

CR-48 (1/01)                LETTER RE: RULE 40 - TRANSFER OUT