CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:07-mj-00005-DUTY-ALL
### Internal Use Only

Case title: USA v. Rios  
Other court case number: CR00-183 WJR BMK  
USDC District of Hawaii

Date Filed: 01/04/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Fernando Rios** (1)  
*TERMINATED: 01/05/2007*

represented by **Kay K Otani**  
Federal Public Defenders Office  
3801 University Avenue, Suite 150  
Riverside, CA 92501  
951-276-6296  
Email: zzCAC_FPD_Document_Receiving@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:3146.F | Defendant held to answer to the District of Hawaii @ Hononlulu. |

**Plaintiff**

USA  represented by **Assistant 2241-2255 US Attorney LA-CR**
AUSA - Office of US Attorney
312 N Spring St
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Fernando Rios, originating in the District of Hawaii. Defendant charged in violation of: 18 USC 3146. Signed by agent Pennington, USMS. filed by plaintiff USA. (am, ) (Entered: 01/10/2007) |
| 01/04/2007 |  | DOCUMENT number 2, Report Commencing Criminal Action deleted for the following reason: docket clerk failed to attached the image during the docketing sequence (am, ). (la, ) (Entered: 01/10/2007) |
| 01/04/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Fernando Rios; defendants Year of Birth: 1982 (am, ) (Entered: 01/10/2007) |
| 01/04/2007 |  | ***Defendant Fernando Rios ARRESTED (Rule 5(c)(3)) (am, ) (Entered: 01/10/2007) |
| 01/04/2007 | 3 | Defendant Fernando Rios arrested on warrant issued by the USDC District of Hawaii at Honolulu. (am, ) (Entered: |

| | | |
|---|---|---|
| | | 01/10/2007) |
| 01/04/2007 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Fernando Rios (am, ) (Entered: 01/10/2007) |
| 01/04/2007 | 5 | WAIVER OF RIGHTS approved by Magistrate Judge Oswald Parada as to Defendant Fernando Rios. (am, ) (Entered: 01/10/2007) |
| 01/04/2007 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Fernando Rios. (am, ) (Entered: 01/10/2007) |
| 01/04/2007 | 7 | ORDER OF DETENTION by Magistrate Judge Oswald Parada as to Defendant Fernando Rios, (am, ) (Entered: 01/10/2007) |
| 01/04/2007 | 8 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Oswald Parada as to Defendant Fernando Rios Defendant arraigned and states true name is as charged. Attorney: Kay K Otani for Fernando Rios, DFPD, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Hawaii @ Honolulu. Warrant of Removal and final commitment to issue. Tape #: 06-60. (am, ) (Entered: 01/10/2007) |
| 01/05/2007 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Fernando Rios be removed to the District of Hawaii @ Hononlulu. (am, ) (Entered: 01/10/2007) |
| 01/05/2007 | | ***Magistrate Case Terminated (am, ) (Entered: 01/10/2007) |