Name & Address

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___  Send ___
Entered ___  Closed ___
JS-5/JS-6 ___  JS-2/JS-3 ___
Scan Only ___  Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)

FILED
CLERK, U.S. DISTRICT COURT

JAN 5 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>FERNANDO RIOS<br>DEFENDANT(S). | CASE NUMBER<br>ED 07-00005-MJ<br><br>FINAL COMMITMENT AND WARRANT OF REMOVAL<br>District of HAWAII<br>At HONOLULU<br>(City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☒ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 1/17/02 in the District of Origin, the defendant did: FAILURE TO APPEAR ON FIRST DAY OF TRIAL in violation of Title(s)  18 U.S.C., Section(s) 3146

The defendant has now:
☒ duly waived identity hearing before me on  1/4/07 .
☒ duly waived preliminary examination before me on  1/4/07 .
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

1/5/07
Date                                    United States Magistrate Judge

====================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____       _____
Date                      Deputy

M-15 (08/99)              FINAL COMMITMENT AND WARRANT OF REMOVAL