# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Fernando Rios, Defendant. | Eastern Division<br>Case Number: 5:07-MJ-00005-1<br>Initial App. Date: 01/04/2007<br>Out of District Affidavit<br>Initial App. Time: 3:00 PM<br>Date Filed: 01/04/2007<br>Violation: 18 USC 3146<br>Tape Number: 06-60 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Oswald Parada

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Maynor Galvez (Deputy Clerk)    Rob Stacy (Assistant U.S. Assistant)    N/A (Interpreter/Language)

[X] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review, and
[ ] preliminary hearing OR [X] removal hearing / Rule 20.
[X] Defendant states true name [X] is as charged [ ] is _____
[X] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[X] Attorney: Kay Otani, DFPD. [ ] Poss. Contribution (see separate order) Appointed.
[ ] Special appearance by: _____
[X] Government's request for detention is: [X] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[X] Defendant is ordered: [X] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM
[ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[X] Defendant executed Waiver of Rights. Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of Hawaii @ Honolulu
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
[X] Warrant of removal and final commitment to issue.
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____

[X] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[X] PSA    [X] FINANCIAL    [X] READY
cc AUSA, Defendant's counsel    Deputy Clerk Initials
[ ] PSALA, [ ] PSASA, [X] PSAED, [X] USPO

M-5 (11/04)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1