# Document Sealed