UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

*Fernando Rios*

Defendant

CASE NUMBER ~~FL~~ ~~EASTERN DIVISION~~

ED 07-05M

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of _Hawaii_
alleging violation of _18 USC 3146_ and that I have been arrested in this district
and _____ (Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

[ ]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary examination (unless an indictment has been returned or an information filed)
           to determine whether there is probable cause to believe an offense has been committed by me,
           the hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
           guilty.

[✓]    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
           held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
           there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*
    [✓]  *have an identity hearing*
    [✓]  *receive a copy of the charge(s) against me*
    [✓]  *have a preliminary examination*
    [ ]  *have an identity hearing, and I have been informed that I have no right to a preliminary
          examination*
    [ ]  *have an identity hearing, but I request that a preliminary examination be held in the prosecuting
          district*

                                        X _____
                                          Defendant

                                        _____
                                          Defense Counsel

DATE: _1/4/2007_

                                        _____
                                          United States Magistrate Judge

M-14( Rev. 1/03 )              WAIVER OF RIGHTS (OUT OF DISTRICT CASES)