ORIGINAL

GEORGE S. CARDONA
Acting United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Criminal Division
ROBERT C. STACY II (State Bar No. 224028)
Assistant United States Attorney
   3880 Lemon Street, Suite 210
   Riverside, California 92501
   Telephone:      (951) 276-6221
   Facsimile:      (951) 276-6202
   Email: robert.stacy@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 4 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ED07-0005-M |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S NOTICE OF REQUEST |
| v. | ) FOR DETENTION |
| | ) |
| Fernando Rios, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

   ✓   1.   Temporary 10-day Detention Requested (§ 3142(d))
            on the following grounds:

       ✓   a. offense committed while defendant was on release
              pending (felony trial), (sentencing) (appeal) or
              on (probation) (parole);

       ___ b. alien not lawfully admitted for permanent
              residence;

       ___ c. flight risk;

```
  1             ____   d.  danger to community.
  2      ✓      2.  Pretrial Detention Requested (§ 3142(e)) because no
  3                 condition or combination of conditions will
  4                 reasonably assure against:
  5         ✓   a.  danger to any other person or the community;
  6         ✓   b.  flight.
  7      ____   3.  Detention Requested Pending Supervised
  8                 Release/Probation Revocation Hearing (Rules
  9                 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
 10             ____  a. Defendant cannot establish by clear and
 11                      convincing evidence that he/she will not pose a
 12                      danger to any other person or to the community;
 13             ____  b. Defendant cannot establish by clear and
 14                      convincing evidence that he/she will not flee.
 15     ____    4.  Presumptions Applicable to Pretrial Detention (18
 16                 U.S.C. § 3142(e)):
 17             ____  a. Title 21 or Maritime Drug Law Enforcement Act
 18                      ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
 19                      with 10-year or greater maximum penalty
 20                      (presumption of danger to community and flight
 21                      risk);
 22             ____  b. offense under 18 U.S.C. § 924(c) (firearm
 23                      used/carried/possessed during/in relation to/in
 24                      furtherance of crime), § 956(a), or § 2332b
 25                      (presumption of danger to community and flight
 26                      risk);
 27             ____  c. offense involving a minor victim under 18 U.S.C.
 28                      §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
```

2

```
                    2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
                    2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
                    (presumption of danger to community and flight
                    risk);
          ____  d.  defendant currently charged with (I) crime of
                    violence, (II) offense with maximum sentence of
                    life imprisonment or death, (III) Title 21 or
                    MDLEA offense with 10-year or greater maximum
                    sentence, or (IV) any felony if defendant
                    previously convicted of two or more offenses
                    described in I, II, or III, or two or more state
                    or local offenses that would qualify under I, II,
                    or III if federal jurisdiction were present, or a
                    combination of such offenses, AND defendant was
                    previously convicted of a crime listed in I, II,
                    or III committed while on release pending trial,
                    AND the current offense was committed within five
                    years of conviction or release from prison on the
                    above-described previous conviction (presumption
                    of danger to community).
          ✓    5.  Government Is Entitled to Detention Hearing
                    Under § 3142(f) If the Case Involves:
          ____  a.  a crime of violence (as defined in 18 U.S.C.
                    § 3156(a)(4)) or Federal crime of terrorism (as
                    defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
                    maximum sentence is 10 years' imprisonment or
                    more;
          ____  b.  an offense for which maximum sentence is life
```

        imprisonment or death;

____ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; ✓

____ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

____ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

____ f. serious risk defendant will flee;

____ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

____ 6. Government requests continuance of ____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

____ 7. Good cause for continuance in excess of three days

4

```
 1              exists in that:
 2     _____
 3     _____
 4     _____
 5
 6     DATED: 1/4/07              Respectfully submitted,
 7
                                  GEORGE S. CARDONA
 8                                Acting United States Attorney

 9                                THOMAS P. O'BRIEN
                                  Assistant United States Attorney
10                                Chief, Criminal Division

11                                       /s/
                                  _____
12                                ROBERT C. STACY II
                                  Assistant United States Attorney
13
                                  Attorneys for Plaintiff
14                                UNITED STATES OF AMERICA
```