**ORIGINAL**

AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

ED 07 - 00005 M

02 JAN 17 A 9: 45

UNITED STATES OF AMERICA

V.

FERNANDO RIOS

(Name and Address of Defendant)

**WARRANT FOR ARREST**

DISTRICT OF HAWAII
Case Number: CR 00-00183WJR-BMK

YOU ARE HEREBY COMMANDED TO ARREST FERNANDO RIOS and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Non Appearance for 1st Day of Trial

in violation of Title   United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | January 17, 2002 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL          By: WILLIAM J. REA, United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |