*NO DIRECT*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

ED 07 - CASE NUMBER M

0000 5

CR 00-00183 WJR-BMK

PLAINTIFF

v.

*FERNANDO RIOS*

DEFENDANT(S).

**REPORT COMMENCING CRIMINAL ACTION**

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1)    Date and time of arrest _____ *1/4/07* _____ *10:00* _____ a.m./p.m.

2)    Charges under which defendant has been booked at Metropolitan Detention Center (MDC) _____
      _____ *18 USC 3146    FAILURE TO APPEAR* _____

3)    Offense charged is a:   ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4)    U.S. Citizen:    ☒ Yes    ☐ No    ☐ Unknown

5)    Date of Birth: _____ *1982* _____

6)    The defendant is:   ☒ Presently in custody on this charge.
                          ☐ At liberty on bond posted before a Magistrate Judge.
                          ☐ At liberty and warrant is requested.
      Federal  ☐  In custody on another conviction.
      State    ☐  In custody awaiting trial on these charges.

7)    Place of detention (if out-of-district): _____ *N/A* _____

8)    Date detainer placed on defendant: _____ *N/A* _____

9)    This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____ )

10)   Name of Pretrial Services Officer: _____ *DUTY OFFICER* _____

11)   Remarks (if any): _____

12)   Date: _____

13) _____
        *Signature*

14) _____
        *Name*

15) _____
        *Title*