UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED 07 - 00005 M |
| v. | CR 00-00183 WJR - BMK |
| FERNANDO RIOS | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by:
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Bench warrant for:  ☐ Probation Violation
☐ Failure to Appear

in the _____ District of __HAWAII__ on __1/17/02__

at _____ a.m./p.m. The offense was allegedly committed on or about _____

in violation of Title __18__ U.S.C., Section(s) __3146__ to wit:

__FAILURE TO APPEAR FOR 1ST DAY OF TRIAL__

A warrant for defendant's arrest was issued by:  ☐ Magistrate Judge  __WILLIAM J. REA__
☒ District Judge

Bond of $ __NO BAIL__ was:  ☐ Set  ☐ Recommended

Type of Bond:  ☐ Personal Recognizance  ☐ Appearance  ☐ Corporate Surety  ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

presence on __1/4/07__
             Date

_L. Mun_
Deputy Clerk

_[signature]_
Signature of Agent

_Pennington_
Print Last Name

_DUSM / USMS_
Agency and Title

CR-52 (5/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT