**TAE CHIN KIM**
**Attorney at Law**
P.O. Box 2266
Ewa Beach, HI. 96706
Tel.: (808) 772-1555
Fax: (808) 689-6871

January 22, 2007

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd.
Suite C-338
Honolulu, Hawaii 96850

    RE: U.S.A. v. Fernando Rios, Criminal No. 00-00183 DAE 4

    This letter is to inform the court of my current mailing address and telephone number as stated above. Please note these changes in the files.

    Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Tae Chin Kim

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 23 2007
DISTRICT OF HAWAII