# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/31/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 00-00183DAE-BMK

CASE NAME:          USA v. (04) Fernando Rios

ATTYS FOR PLA:      Darren Ching for Loretta Sheehan

ATTYS FOR DEFT:     (04) Tae Chin Kim (CJA), John A. Schum (retained)

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|--------|-----------------|-----------|-----|
| DATE: | 01/31/2007 | TIME: | 9:58 - 10 |

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not be Revoked as to (04) Fernando Rios - deft present in custody.

Tae Chin Kim's oral Motion for Withdrawal and Substitution of Counsel GRANTED. Kim to prepare the order.
John A. Schum enters as retained counsel.

Bail is revoked.
SENTENCING set for 6/4/2007 @ 1:30 p.m., DAE.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager