ORIGINAL

TAE CHIN KIM, #6818
P.O. Box 2266
Ewa Beach, Hawaii  96706
Telephone: (808) 772-1555
Attorney for Defendant
FERNANDO RIOS



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2007

at 11 o'clock and 3? min. ? M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00183 DAE/WJR |
| | ) | |
| Plaintiff, | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| vs. | ) | ORDER; CERTIFICATE OF |
| | ) | SERVICE |
| FERNANDO RIOS,        (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TAE CHIN KIM, court appointed attorney for Defendant FERNANDO RIOS, hereby withdraws as counsel of record and JOHN SCHUM is hereby substituted as Counsel for Defendant.

DATED:  Honolulu, Hawaii  6/31/07

_____
Defendant - FERNANDO RIOS

_____
TAE CHIN KIM

_____
JOHN SCHUM

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00183 DAE/WJR |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDO RIOS,           (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly sent via U.S. Mail, postage prepaid, or personally delivered to the following:

THOMAS MUEHLECK, ESQ.
LORETTA A. SHEEHAN, ESQ.
Assistant U.S. Attorneys
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Attorney for PLAINTIFF

FERNANDO RIOS, DEFENDANT

DATED: HONOLULU, HAWAII, 01/31/07

TAE CHIN KIM
Attorney for Defendant
FERNANDO RIOS

2