AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Hawaii

UNITED STATES OF AMERICA

V.

FERNANDO RIOS

(Name and Address of Defendant)

02 JAN 17 A 9: 45

WARRANT FOR ARREST

DISTRICT OF HAWAII

Case Number: CR 00-00183WJR-BMK

YOU ARE HEREBY COMMANDED TO ARREST FERNANDO RIOS and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Non Appearance for 1st Day of Trial

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2007

at 11 o'clock and 15 min. A M/
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | January 17, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL         By: WILLIAM J. REA, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |||
| Date Received<br>1-17-02<br>Date of Arrest<br>1-28-07 | NAME AND TITLE OF ARRESTING OFFICER<br>GLENN D. FERREIRA<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |