```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN  #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00183DAE-04 |
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| FERNANDO RIOS, | ) | |
| | ) | Date:  June 4, 2007 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: David A. Ezra |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED:  April 18, 2007, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Loretta Sheehan
                                 LORETTA SHEEHAN
                                 Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail**:

    John Schum, Esq.              April  19 , 2007
    P.O. Box 1637
    Kaneohe, Hawaii  96744

    Attorney for Defendant
    FERNANDO RIOS

**Served by Hand-Delivery**:

U.S. Probation Office             April  19 , 2007
Attn:  Rosanne T. Donohoe
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850

        DATED:  April  19 , 2007, at Honolulu, Hawaii.

                                              /s/ Iris Tanaka